

JaVonne M. Phillips, Esq. SBN 187474
Rami N. Haddad, Esq. SBN 253400
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Aurora Loan Services LLC,
its assignees and/or successors

**The following constitutes
the order of the court. Signed June 21, 2012**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Karen Hattori,<br><br>       Debtor. | ) Case No. 11-56789 CN<br>)<br>) Chapter   13<br>)<br>) RS No.  RNH-8222<br>)<br>) **ORDER ON MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY**<br>)<br>) Date:   05/16/2012<br>) Time:   03:00 PM<br>) Ctrm:   3070<br>) Place:  280 S. First Street<br>)              San Jose, CA<br>)<br>) Judge:   Charles  Novack<br>) |

     The motion of Aurora Loan Services LLC, its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Charles Novack. Aurora Loan Services LLC, its assignees

| | |
|---|---|
| 1 | and/or successors, appeared by and through its Attorney of Record, McCarthy & Holthus, LLP |
| 2 | by Rami N. Haddad, Esq. All other appearances are as noted in the court record. |
| 3 | Upon reading the papers and pleadings on file herein, and upon hearing oral argument |
| 4 | and based on the evidence presented, the Court rules as follows: |
| 5 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay |
| 6 | provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of |
| 7 | Aurora Loan Services LLC, its assignees and/or successors, in the real property commonly |
| 8 | known as 19225 Creekside Lane, Salinas, CA 93908. |
| 9 | IT IS FURTHER ORDERED that Aurora Loan Services LLC, its assignees and/or |
| 10 | successors may complete its foreclosure of said real property and proceed with post-foreclosure |
| 11 | remedies, including any unlawful detainer action, in accordance with applicable law. |
| 12 | IT IS FURTHER ORDERED Aurora Loan Services LLC, its assignees and/or |
| 13 | successors, at its option, may offer, provide and enter into any potential forbearance agreement, |
| 14 | loan modification, refinance agreement or other loan workout/loss mitigation agreement as |
| 15 | allowed by state law. Aurora Loan Services LLC, its assignees and/or successors, may contact |
| 16 | the Debtor via telephone or written correspondence to offer such an agreement. Any such |
| 17 | agreement shall be non-recourse unless included in a reaffirmation agreement. |
| 18 | |
| 19 | IT IS FURTHER ORDERED that this Order shall be binding and effective despite any |
| 20 | conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United |
| 21 | States Code. |
| 22 | IT IS FURTHER ORDERED The fourteen day stay described in Bankruptcy Rule |
| 23 | 4001(a)(3) is waived upon relief. |
| 24 | |
| 25 | IT IS FURTHER ORDERED that Aurora Loan Services LLC, its assignees and/or |
| 26 | successors may contact the Debtor to comply with California Civil Code Section 2923.5. |
| 27 | |
| 28 | ** END OF ORDER ** |

**COURT SERVICE LIST**